IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA D. HAMMONS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 04-0270-CG-M |
| | ) |
| GEORGE C. WALLACE STATE, | ) |
| COMMUNITY COLLEGE and | ) |
| JAMES M. MITCHELL, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of the defendants as to all claims, it is **ORDERED, ADJUDGED, and DECREED** that this case be, and hereby is, **DISMISSED WITH PREJUDICE.**

**DONE and ORDERED** this 9th day of August, 2005.

                                              /s/  Callie V. S. Granade
                                        CHIEF UNITED STATES DISTRICT JUDGE